**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE OHIO CASUALTY INSURANCE COMPANY,

Plaintiff,

v. Case No. 8:26-cv-239-TPB-AAS

A.O. INDUSTRIAL SOLUTIONS, LLC, et al.,

Defendants.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on July 28, 2026. (Doc. 28). Judge Sansone recommends that "The Ohio Casualty Insurance Company's Motion for Entry of Final Default Judgment Against Defendant A.O. Industrial Solutions, LLC" (Doc. 26) be denied without prejudice.[1] No party has objected, and the time to do so has expired.

After conducting a careful and complete review of the findings and

[1] Specifically, Judge Sansone recommends that, because Defendants James and Sarita Aiena are jointly and severally liable with defaulting Defendant A.O. Industrial Solutions, LLC, the motion for default judgment be denied without prejudice to avoid the possibility of inconsistent judgments. Plaintiff may renew its motion after the issue of liability against Defendants James and Sarita Aiena is resolved.

recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for default judgment is denied without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 28) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "The Ohio Casualty Insurance Company's Motion for Entry of Final Default Judgment Against Defendant A.O. Industrial Solutions, LLC"

(Doc. 26) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of August, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE